**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ANDREW R. BLAXON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANDREW R. BLAXON,  )<br>  )<br>Defendant,  )<br>_____ ) | 08 mj 0395 KJM<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY EXAMINATION AND WAIVING TIME** |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for November 14, 2008, may be continued to November 20, 2008, at 2:00 p.m.

IT IS FURTHER STIPULATED that the time period proscribed by Rule 5(c) of the federal Rules of Criminal Procedure, for holding a preliminary examination is waived.

Dated: November 10, 2008                         Dated: November 10, 2008

/ s /  Steven D. Bauer                           / s / Jeffery Rosenblum
**STEVEN D. BAUER**                              **JEFFERY ROSENBLUM**

Dated: November 10, 2008

/ s / Jason Hitt
**JASON HITT**, Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
IT IS SO ORDERED
Dated: November 10, 2008

*Dale A. Drozd*
Dale A. Drozd
U.S. Magistrate/Judge