1 **JEFFREY ROSENBLUM**
Attorney at Law - SBN 131206
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 442-1814
E-mail: mjrcorp@pacbell.net
4
Attorney for Defendant
5 ARTHUR CHALHOUB

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 2:08-CR-539 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| **ARTHUR CHALHOUB**, | |
| Defendant, | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that judgment and sentencing, which is currently scheduled for April 6, 2009 at 10:00 a.m. should be vacated and continued to May 4, 2009 at 10:00 a.m.

The parties stipulate to this continuance because additional time is needed the parties are still working on an agreement. Further, counsel for the United States in this case is currently out on paternity leave.

Dated: April 2, 2009  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: April 2, 2009  /s/ Jeffrey Rosenblum
JEFFREY ROSENBLUM
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the judgment and sentencing currently scheduled for April 6, 2009 at 10:00 a.m. be VACATED, and the matter continued until May 4, 2009, at 10:00 a.m.

Dated: April 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE